# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
August 14, 2024
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
August 14, 2024
Lyle W. Cayce
Clerk

No. 23-20586

RAMEY & SCHWALLER, L.L.P.,

*Plaintiff—Appellant,*

*versus*

ZIONS BANCORPORATION NA, *doing business as* AMEGY BANK,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-2890

---

## UNPUBLISHED ORDER

Before DENNIS, WILSON, and RAMIREZ, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that Appellee's opposed motion for award of attorneys' fees pursuant to 5TH CIR. R. 47.8 is GRANTED.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 14, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-20586    Ramey & Schwaller v. Zions Bancorp
                             USDC No. 4:20-CV-2890

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

Mr. Jacob Bruce Henry
Mr. Nathan Ochsner
Mr. Carlton D. Wilde Jr.